# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**                                                              **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                                         **GREENBELT, MARYLAND 20770**
                                                                                                         **301-344-0052**

## M E M O R A N D U M

TO:         Counsel of Record

FROM:     Judge Roger W. Titus

RE:         *United States of America v. David Chittams*
                Case No. RWT 13-cr-0062

DATE:     November 4, 2014

\* \* \* \* \* \* \* \* \*

At the request of the parties, the sentencing currently scheduled for **December 2, 2014** is hereby **RESCHEDULED** for **December 22, 2014 at 3:00 p.m.**

Despite the informal nature of this Memorandum, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                                                         /s/
                                                            Roger W. Titus
                                                     United States District Judge